Katherine F. Parks, Esq.
State Bar No. 6227
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Attorneys for Defendant
Douglas County

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE CALEBAUGH,<br><br>                    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada,<br><br>                    Defendant. | CASE NO. 3:11-CV-00688-RCJ-VPC<br><br>**STIPULATION and ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, MICHELE CALEBAUGH and Defendant, DOUGLAS COUNTY, by and through their respective attorneys, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

DATED: 4/17/12, 2012.

LAW OFFICES OF JEFFREY DICKERSON

By: _____
Jeffrey Dickerson, Esq.
State Bar No. 2690
9585 Prototype Court, Suite A
Reno, NV 89521
Attorneys for Plaintiff

DATED: 4.15, 2012.

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

By: _____
Katherine F. Parks, Esq.
State Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorneys for Defendant
Douglas County

IT IS SO ORDERED this 7th day of May, 2012.

_____
DISTRICT COURT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882