Katherine F. Parks, Esq.
State Bar No. 6227
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Attorneys for Defendant
Douglas County

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE CALEBAUGH,<br><br>                              Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision<br>of the State of Nevada,<br><br>                              Defendant. | CASE NO.  3:11-CV-00688-RCJ-VPC<br><br><br>**STIPULATION and ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, MICHELE CALEBAUGH and Defendant, DOUGLAS

COUNTY, by and through their respective attorneys, and pursuant to Rule 41 of the Federal

Rules of Civil Procedure, hereby stipulate that the above-entitled matter may be dismissed with

prejudice in its entirety and each party to bear their own costs and attorney's fees.

DATED: 4/17/12          , 2012.          DATED: 4.15          , 2012.
LAW OFFICES OF JEFFREY                   THORNDAL, ARMSTRONG,
DICKERSON                                DELK, BALKENBUSH & EISINGER


By:_____              By:_____
    Jeffrey Dickerson, Esq.                 Katherine F. Parks, Esq.
    State Bar No. 2690                       State Bar No. 6227
    9585 Prototype Court, Suite A            6590 S. McCarran Blvd., Suite B
    Reno, NV 89521                           Reno, Nevada 89509
    Attorneys for Plaintiff                  Attorneys for Defendant
                                             Douglas County

IT IS SO ORDERED this 7th day of May, 2012.


_____
DISTRICT COURT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
590 S. McCarran, Suite B
eno, Nevada 89509
(775) 786-2882